CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 12 2011
BY: J. DUDLEY, CLERK
    /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>*Plaintiff,*<br><br>v.<br><br>DEBORAH BOWLES, et al.<br>*Defendants.* | CIVIL ACTION NO. 6:09-CV-44<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Pending before the court are the parties' cross-motions for summary judgment under Rule 56, or in the alternative, for judgment under Rule 52 (docket nos. 29 and 31). For the reasons set forth in the accompanying memorandum opinion, Deborah Bowles' motion (docket no. 31) is hereby DENIED, and State Farm's motion (docket no. 29) is hereby GRANTED pursuant to Rule 52. Accordingly, it is ORDERED, ADJUDGED, and DECLARED that on July 25, 2008, Deborah Bowles was not a "resident of [the insured's] household" within the meaning of the State Farm Personal Auto Policy (No. 364 7100-D18-46I) issued to Virginia M. Taylor.

Entered this 12th day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE